*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KIRKBY, HOLIFIELD, and GANNON
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jeffrey DEASON Jr.**
Master-at-Arms First Class (E-6), U.S. Navy
*Appellant*

**No. 202400028**

_____

Decided: 16 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Kimberly J. Kelly (arraignment)
Rachel E. Trest (trial)

Sentence adjudged 12 October 2023 by a general court-martial tried at Naval Station Mayport, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3, confinement for 25 days, and a bad-conduct discharge.

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.